FEBRUARY 26, 1962.

No. 634. GINSBURG v. STERN ET AL., 368 U. S. 987. The motion to stay issuance of order denying certiorari presented to MR. JUSTICE BRENNAN, and by him referred to the Court, is denied. *Paul Ginsburg pro se,* on the motion.

No. 897, Misc. BRADEN v. HICKMAN ET AL.; and
No. 909, Misc. MILLER v. BENNETT, WARDEN. Motions for leave to file petitions for writs of certiorari denied.

No. 554, Misc. GORDON v. NORTH CAROLINA. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 910, Misc. FERLITO v. IMMIGRATION AND NATURALIZATION SERVICE. Motion for leave to file petition for writ of mandamus denied.

No. 901, Misc. SHOTKIN v. OLNEY ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied.